NONPRECEDENTIAL DISPOSITION

To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted* February 21, 2017
Decided May 16, 2017

**Before**

DIANE P. WOOD, *Chief Judge*

RICHARD A. POSNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 16-3662

| | |
|---|---|
| KATHRYN J. GILLETTE, | Appeal from the United States District |
| *Plaintiff-Appellant*, | Court for the Southern District |
| | of Indiana, Indianapolis Division. |
| *v.* | |
| | No. 1:15-cv-01040-SEB-DKL |
| GAMING ENTERTAINMENT | |
| (INDIANA) d/b/a RISING STAR | Sarah Evans Barker, |
| CASINO, et al., | *Judge*. |
| *Defendants-Appellees*. | |

**O R D E R**

Kathryn Gillette defaulted on loans from eight casinos. She then sued the casinos, alleging violations of various consumer-protection laws. The district court dismissed Gillette's claims, and she appeals.

---

* We have agreed to decide the case without oral argument because the briefs and record adequately present the facts and legal arguments, and oral argument would not significantly aid the court. See FED. R. APP. P. 34(a)(2)(C).

We ordered the parties to submit supplemental briefs addressing the participation in bankruptcy of appellee RDI Caesars Riverboat Casino. After reviewing the supplemental briefs, this court has determined that the district court's judgment of September 14, 2016, is nonfinal due to the bankruptcy of appellee RDI Caesars Riverboat Casino. See 11 U.S.C. § 362; *Maritime Elec. Co., Inc. v. United Jersey Bank*, 959 F.2d 1194, 1203–09 (3d Cir. 1991). This court therefore lacks jurisdiction over the appeal because the district court has not disposed of *all* claims by *all* parties. See Fed. R. Civ. P. 54(b); see also *id.*; see also *Tradesman Int'l, Inc. v. Black*, 724 F.3d 1004, 1006–07 (7th Cir. 2013). Accordingly, **IT IS ORDERED** that the appeal is DISMISSED for lack of appellate jurisdiction.